UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE GARY S. KATZMANN, JUDGE

|  |  |
|---|---|
| SIMPSON STRONG-TIE COMPANY, | ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| UNITED STATES, | ) ) Court No. 18-00062 |
| Defendant, | ) ) |
| and | ) ) |
| MID CONTINENT STEEL & WIRE, INC. | ) ) |
| Defendant-Intervenor. | ) ) |

**COMMENTS ON FINAL RESULTS OF REDETERMINATION**

Adam H. Gordon
Ping Gong
**THE BRISTOL GROUP PLLC**
1707 L Street NW
Suite 570
Washington, DC 20036
T: (202) 991-2701
E:  adam.gordon@bristolgrouplaw.com

*Counsel to Mid Continent Steel & Wire, Inc.*

Dated: March 18, 2021

On behalf of Defendant-Intervenor Mid Continent Steel & Wire, Inc. ("Mid Continent"), we hereby submit the following comments on the Final Results of Redetermination Pursuant to Court Remand, *Simpson Strong Tie Co. v. United States*, CIT 18-00062, ECF No. 45 (CIT November 18, 2020) filed by the Department of Commerce ("Commerce") on February 16, 2021 (CM/ECF Doc. No. 46) ("Final Remand Results").

For the reasons discussed in the Final Remand Results, Mid Continent agrees with Commerce's determination that Simpson's crimp drive anchors are not covered by the scope of the AD Order on Certain Steel Nails from China, in light of the U.S. Court of Appeals for the Federal Circuit's decision in *OMG, Inc. v. United States*, 972 F.3d 1358 (Fed. Cir. 2020). *See* Final Remand Results at 2-3.

Respectfully submitted,

*/s/ Adam H. Gordon*
Adam H. Gordon
Ping Gong
**THE BRISTOL GROUP PLLC**
1707 L Street NW
Suite 570
Washington, DC 20036
T: (202) 991-2701
E: adam.gordon@bristolgrouplaw.com

*Counsel to Mid Continent Steel & Wire, Inc.*

Dated: March 18, 2021

# CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of March, 2021, I electronically filed a copy of the foregoing using the CM/ECF system, which sent a notification of such filing to counsel of record.

                                            */s/ Ping Gong*
                                            Ping Gong
                                            **THE BRISTOL GROUP PLLC**
                                            *Counsel to Mid Continent Steel & Wire, Inc.*

Dated: March 18, 2021